IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAGDALINA KALINCHEVA, M.D., | ) ) ) | 8:15CV46 |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **MEMORANDUM AND ORDER** |
| JESSE NEUBARTH, et al., | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff Magdalina Kalincheva's notice of appeal (Filing no. 27) and other nonsensical documents attached to the notice. Kalincheva already appealed the court's judgment in this case, and the Eighth Circuit Court of Appeals affirmed the judgment.

IT IS THEREFORE ORDERED that: The court will not act on Kalincheva's notice of appeal. The clerk of the court is directed to send a copy of Kalincheva's notice of appeal (Filing No. 27) to the Eighth Circuit Court of Appeals.

DATED this 2nd day of July, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.