IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MAGDALINA KALINCHEVA, M.D., | ) | 8:15CV46 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM AND ORDER** |
| JESSE NEUBARTH, VALENTYNA LEZOVITSKAYA, child, TODD CORREN, E. ANDREW WALTON, MARGARETH JOHNSTON, KAREN RUBINGER, WARREN OSGOOD, KAREN HULL, and CHICAGO TITLE COMPANY, | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Notice of Appeal. (Filing No. 44.) Plaintiff already appealed the court's judgment in this case, and the Eighth Circuit Court of Appeals affirmed the judgment. (Filing No. 19.)

IT IS THEREFORE ORDERED that: The court will not act on Plaintiff's Notice of Appeal. The clerk of court is directed to send a copy of Plaintiff's Notice of Appeal (Filing No. 44) to the Eighth Circuit Court of Appeals.

DATED this 14th day of June, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Supervising Pro Se Judge